**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Felicia Anderson,**

        Plaintiff,                  **CASE NUMBER: 21-10727**
                                         **HONORABLE VICTORIA A. ROBERTS**
v.                                      **MAGISTRATE JUDGE STAFFORD**

**Commissioner of Social Security,**

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On December 8, 2022, Magistrate Judge Stafford issued a Report and Recommendation [ECF No. 20], recommending that Defendant's Motion for Summary Judgement be [ECF No. 16] be **GRANTED** and Plaintiff's Motion for Summary Judgment [ECF No. 15] be **DENIED**.  Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1).  Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**.  Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                                s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated:  January 23, 2023